UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6107 FMO (AFMx) | Date | January 10, 2023 |
|---|---|---|---|
| Title | GS Holistic, LLC v. Brazil Smoke and Cigar Shop, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

     Having reviewed the docket in this case, IT IS ORDERED THAT plaintiff shall file and serve a motion for default judgment that complies with the Local Rules and the orders of the court no later than **January 12, 2023**.  Failure to file the motion for default judgment by the deadline set forth above shall result in the action being dismissed for failure to prosecute and/or to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

                                                            Initials of Preparer       gga